UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL GIOVINO

        Plaintiff,

v.                                     CASE NO.: 8:19cv877 T02 AEP

RADIUS GLOBAL SOLUTIONS, LLC

        Defendant

_____/

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Radius Global Solutions, LLC (Radius) through counsel, hereby removes the above-captioned civil action from the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1. Radius is a defendant in this civil action filed by plaintiff, Daniel Giovino (plaintiff), in the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, titled *Daniel Giovino v. Radius Global Solutions, LLC,* Case No. 2019-SC-001444-0000-LK (hereinafter the "State Court Action").

2. Defendant removes this case on the basis of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), the Florida Consumer Collection Practices Act, Section 559.55, Florida Statutes, et seq. ("FCCPA"), and the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA"), as plaintiff's Complaint claims relief based on abusive practices in violation of federal law.



3.  Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal.  Defendant was served with plaintiff's Complaint on March 20, 2019.  This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendant.

4.  Attached hereto as **Exhibit 1** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.  A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida.

WHEREFORE, Defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Dated: April 19, 2019

Respectfully Submitted,

/s Jocelyn C. Smith
Jocelyn C. Smith, Esq.
Florida Bar No. 0036554
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5328
Facsimile: (866) 466-3140
jsmith@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of April 2019, a copy of the foregoing was sent via email to:

Bryan J. Geiger, Esq.
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
bgeiger@seraphlegal.com

/s/ Jocelyn C. Smith
Attorney